

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6328
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's motion for rehearing was originally due to be filed on December 6, 2019. The court previously granted two motions for extensions of time filed by appellant, extending the deadline for filing the motion by sixty days to February 5, 2020. On February 4, 2020, appellant filed a third motion for extension of time requesting an additional fifteen-day extension of time to February 20, 2020. The motion is GRANTED. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court